UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO HERNANDEZ ALEJANDRE, | § § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-02305 |
| RANDY TATE, *et al.*, | § § | |
| Respondents. | § § | |

## ORDER FOR AN EXPEDITED RESPONSE

Petitioner has filed an "Emergency Motion for Temporary Restraining Order and Stay of Removal" (Doc. No. 6). To give due consideration to the petitioner's motion, and whether it has jurisdiction to consider the motion, the Court **ORDERS** the Respondents to file a response to Petitioner's emergency motion by **Wednesday April 15, 2026**.

A federal court "always has jurisdiction to determine its own jurisdiction," including its own subject-matter jurisdiction. *Brownback v. King*, 592 U.S. 209, 218-19 (2021) (quoting *United States v. Ruiz*, 536 U.S. 622, 628 (2002)). The Court may order Respondents to preserve the status quo while it considers its jurisdiction and its authority to grant relief. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) (ruling that "the District Court ha[s] the power to preserve existing conditions while it [is] determining its own authority to grant injunctive relief," unless the assertion of jurisdiction

1 / 2

is frivolous). To preserve the status quo while the motion is being considered, it is **ORDERED** that the Respondents refrain from removing the Petitioner until this motion is resolved. *See United Mine Workers of Am.*, 330 U.S. at 293.

The Clerk will enter this Order, providing a correct copy to all parties of record, including sending notice to the United States Attorney's Office for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED on this ___13ᵗʰ___ day of April 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE